■ EUGENE D. McKAY, Respondent, v ROCHESTER TELEPHONE CORPORATION, Appellant.—Order unanimously affirmed, with costs, for reasons stated in memorandum decision at Supreme Court, Boehm, J. (Appeal from order of Supreme

Court, Monroe County, Boehm, J.—summary judgment.) Present—Dillon, P. J., Callahan, Denman, Pine and Balio, JJ.